422 A.2d 1164

Commonwealth v. Pierce, Appellant.

Submitted March 23, 1979.  John W. Packel, Chief, Appeals, Assistant Public Defender, for appellant;  Eric B. Henson, Assistant District Attorney, for Commonwealth, appellee.

Before PRICE, SPAETH and LIPEZ, JJ.

Judgment of sentence affirmed.

422 A.2d 1165

Commonwealth, Appellant, v. Stevens, a/k/a Sloan.

Submitted September 15, 1978.  Henry S. Perkin, Assistant District Attorney, for Commonwealth, appellant;  Gerald I. Roth, for appellee.

Before VAN der VOORT, WATKINS and MONTGOMERY, JJ.

Order affirmed.